## 4961.   FOUNTAIN v. RAGAN-MALONE CO.

RUSSELL, C. J.   The determination of the constitutionality of acts of the General Assembly is a matter exclusively for the Supreme Court, and the only question presented by this record depended for its solution upon the constitutionality of certain sections of the act of the General Assembly relating to the city court of Ashburn (Acts 1906, p. 150).   For this reason this court certified the questions involved to the Supreme Court; and it appearing, from the answers to the certified questions, that the act in question is not, for any of the reasons assigned by the plaintiff in error, unconstitutional (141 Ga. 58, 80 S. E. 306), the trial judge did not err in entering the judgment at the appearance term, since the action was upon an unconditional contract and there was no answer under oath.                                    Judgment affirmed.

DECIDED JANUARY 27, 1914.

Complaint; from city court of Ashburn—Judge Tipton.   April 22, 1913.

A. S. Bussey, for plaintiff in error.

Hardeman, Jones, Park & Johnston, contra.

---

## 5049.   GRAHAM v. WALSH.

RUSSELL, C. J.   1. The court did not err in excluding from the testimony the alleged admissions of one of the defendants (who was in default and against whom a judgment was rendered), upon the ground that as to the other defendant this testimony was hearsay.   The mere fact that this defendant is the sister of the first-mentioned defendant and lived in the house with him was not a sufficient circumstance to support the inference that his knowledge was communicated to her.

2. According to the plaintiff's own testimony, he was a mere volunteer, and assumed any risk attendant upon the character of the animal in question for violence or its viciousness by nature; and he was therefore not entitled to recover for injuries consequent upon his own choice.   Furthermore, it is not contended that the defendant in error was interested in the bull in question; and this being true, it is essential to show that she knew of the vicious qualities of the animal.

3. There was no error in refusing a new trial.      Judgment affirmed.

DECIDED JANUARY 27, 1914.

Action for damages; from city court of Savannah—Judge Davis Freeman.   April 11, 1913.

W. B. Stubbs, for plaintiff.   E. S. Elliott, for defendant.